# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **DETENTION ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:00-cr-076 |
| Clayton E. Catch The Bear, | ) | |
| | ) | |
| Defendant. | ) | |

On July 19, 2006, the Defendant made his initial appearance before this court on a Petition for Revocation of Supervised Release. AUSA Scott Schneider appeared on the government's behalf. Federal Public Defender Orell Schmitz was appointed as defense counsel and appeared on the Defendant's behalf.

At the close of the hearing, the government moved to detain the Defendant pending a revocation hearing. The Defendant proceeded to waive his right to a detention hearing and preliminary hearing. The court finds that the Defendant, having had an opportunity to consult with counsel, freely and voluntarily, and knowingly and intelligently waived his right to a detention hearing and a preliminary hearing and consented to be detained pending final disposition of this matter. Further, based upon the Defendant's waiver of his right to a preliminary hearing, the court finds that there is probable cause to believe that the Defendant may have committed the violations of supervised release alleged in the petition.

Accordingly, the court **ORDERS** that the Defendant be bound over to the United States District Court to answer to the charges set forth in the petition. In addition, the court **GRANTS** the government's motion to detain and **FURTHER ORDERS** that the Defendant be committed to the

custody of the Attorney General or his designated representative for confinement in a corrections facility. The Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 19th day of July, 2006.

/s/ Charles S. Miller, Jr
Charles S. Miller, Jr.
United States Magistrate Judge